Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
abacon@toddflaw.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Telephone: (323) 306-4234
Facsimile: (866) 633-0228

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Maiva Maree, *Individually and on behalf of all others similarly situated*, <br> Plaintiffs, <br> v. <br> Wyndham Vacation Resorts, Inc. and D Individuals, *Inclusive, and each of them,* <br> Defendants. | Case No. <br> 1:19-cv-00386-JLK <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees.  A proposed order has been concurrently submitted to this Court via email.

///

///

Stipulation to Dismiss- 1

Respectfully submitted this 24th Day of September, 2020,

**LAW OFFICES OF TODD M. FRIEDMAN P.C**
**By: s/Todd M. Friedman**
**TODD M. FRIEDMAN Esq.**
Attorney for Plaintiff

**By:** **/s/ Ann H. MacDonald**
**Ann H. MacDonald**
**SCHIFF HARDIN LLP**
Attorney for Defendant

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: September 24, 2020  **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: _s/ Todd M. Friedman
Todd M. Friedman ESQ.
Attorney for Plaintiff

Filed electronically on this 24th Day of September, 2020, with:

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the Court
United States District Court

All Counsel of Record as Recorded On The Electronic Service List.

This 24th Day of September, 2020.

s/Todd M. Friedman
TODD M. FRIEDMAN