**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00386-JLK

MAIVA MAREE, Individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

WYNDHAM VACATION RESORTS, INC., and
DOE INDIVIDUALS, Inclusive, and each of them,

        Defendants.

**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF
AND WITHOUT PREJUDICE AS TO CLASS CLAIMS**

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, the matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall pay their own costs and attorney fees.

Dated:   September 24, 2020

                                                                                               JOHN L. KANE
                                                                                               SENIOR U.S. DISTRICT JUDGE